## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 351 MAL 2018

Respondent :

:

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

:

:

DEON C. STAFFORD, :

:

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.